IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00693-RPM

LION'S GATE CENTER, LLC,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

      Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal [40] filed December 2, 2013, it is

ORDERED that this case is dismissed without prejudice.

DATED: December 3rd, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge